In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-079 CR


____________________



DEROYCE MAY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-060090-R






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, DeRoyce May, to dismiss his
appeal. See Tex. R. App. P. 42.2. The appellant personally requested that his appeal be
dismissed, and that request was submitted to the Court with a motion signed by attorney of
record. The Court finds substantial compliance with the requirements for voluntary dismissal
of an appeal in a criminal case. See Tex. R. App. P. 42.2(a). Further compliance with Rule
42 is excused. See Tex. R. App. P. 2. The appellant filed the motion to dismiss before we
issued our opinion on appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered April 30, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.